MHW

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Jason C. Ward
(Please print)

STREET ADDRESS: 2248 West Belmont

CITY/STATE/ZIP: Chicago, IL 60618

PHONE NUMBER: (773) 506-4545

CASE NUMBER: 08CV3418
JUDGE HART
MAG. JUDGE ASHMAN

Signature

Date: June 13, 2008

FILED
JUN 13 2008
6-13-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT