IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON WARD | CASE NO. 08 C 3148 |
| Plaintiff, | Honorable Judge Martin C. Ashman |
| v. | |
| JP MORGAN CHASE & CO | |
| Defendant. | |

### NOTICE OF FILING

**TO:**   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on July 18, 2008, we electronically filed the **Appearance of JP Morgan Chase & Co**, in the United States District Court for the Northern District of Illinois, a true and correct copy of which is hereby served upon you.

By:   /s Jacquelyn T. Vengal
One of the Attorneys on Behalf of Creditor
**JP MORGAN CHASE & CO**

Joshua S. Hyman (#6201342)
Jacquelyn T. Vengal (#6284187)
CHUHAK & TECSON, P.C.
30 South Wacker Drive, 26TH Floor
Chicago, Illinois  60606-7413
(312) 444-9300

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice and document referred to above were filed electronically.  Notice of this filing will be sent to the parties on the attached Service List by operation of the Court's electronic filing system & via U.S. mail (where listed) located at 30 South Wacker Drive, Chicago, IL 60606, at or before 5:00 p.m. this 18th day of July, 2008.  Parties may access this filing through the Court's system.

By:   /s Jacquelyn T. Vengal

782493.1.12501.23579

## SERVICE LIST

Jason Ward v. JP Morgan Chase & Co

**Via first class U.S. Mail ONLY**
Jason Ward
2248 West Belmont
Chicago, IL 60618
Ph: (773) 506-4545
e-mail: jward@ktrk-tv.com

782493.1.12501.23579