**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JASON WARD | CASE NO. 08 C 3148 |
| Plaintiff | Honorable Judge Martin C. Ashman |
| v. | |
| JP MORGAN CHASE & CO | |
| Defendant. | |

## NOTICE OF MOTION

**TO:**   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on July 29, 2008, at 10:30 a.m., the undersigned shall appear before the Honorable Judge Martin C. Ashman, or any judge sitting in his stead, in Room 1386 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Motion for Extension of Time to Answer or Otherwise Plead**, a true and correct copy of which is hereby served upon you.

By:   /s Jacquelyn T. Vengal
One of the Attorneys on Behalf of Creditor
**JP MORGAN CHASE & CO**

Joshua S. Hyman (#6201342)
Jacquelyn T. Vengal (#6284187)
CHUHAK & TECSON, P.C.
30 South Wacker Drive, 26TH Floor
Chicago, Illinois  60606-7413
(312) 444-9300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice and document referred to above were filed electronically.  Notice of this filing will be sent to the parties on the attached Service List by operation of the Court's electronic filing system & via U.S. mail (where listed) located at 30 South Wacker Drive, Chicago, IL 60606, at or before 5:00 p.m. this 18th day of July, 2008.  Parties may access this filing through the Court's system.

By:   /s Jacquelyn T. Vengal

782489.1.12501.23579

## SERVICE LIST

Jason Ward v. JP Morgan Chase & Co

**Via first class U.S. Mail ONLY**
Jason Ward
2248 West Belmont
Chicago, IL 60618
Ph: (773) 506-4545
e-mail: jward@ktrk-tv.com