IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON WARD | CASE NO. 08 C 3418 |
| Plaintiff, | Honorable Judge William T. Hart |
| v. | |
| JP MORGAN CHASE & CO | |
| Defendant. | |

**AMENDED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

Defendant, JP Morgan Chase & Co., ("JP Morgan"), submits its Motion for Extension of Time to Answer or Otherwise Plead, and in support thereof, states as follows:

1. On June 12, 2008, Plaintiff, Jason Ward ("Plaintiff"), filed a Complaint against JP Morgan asserting claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681.

2. On July 18, 2008, the law firm of Chuhak & Tecson, P.C. filed its Appearance on behalf of JP Morgan.

3. In order to properly investigate Plaintiff's claims and prepare a response to Plaintiff's Complaint, JP Morgan requires additional time to file its Answer or otherwise plead to the Complaint.

4. Accordingly, JP Morgan requests an additional thirty (30) days from today's date or until August 18, 2008 to Answer or otherwise plead to Plaintiff's Complaint.

WHEREFORE, for the reasons stated herein, Defendant, JP Morgan respectfully requests that this Honorable Court enter an Order granting JP Morgan an extension of time of thirty (30)

- 2 -

days to answer or otherwise plead to Plaintiff's Complaint on or before August 18, 2008.

Defendant further requests such other relief that is deemed just and equitable.

                                     Respectfully Submitted,

                                     JP MORGAN CHASE & CO.

                                     /s Daniel J Fumagalli
                            By:   One of Its Attorneys

Joshua S. Hyman
Daniel J. Fumagalli
Jacquelyn T. Vengal
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL  60606
(312) 444-9300
Firm ID: 70693

784637\1\02112\36298