**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JASON WARD | CASE NO. 08 C 3418 |
| Plaintiff | Honorable Judge Wiliiam T. Hart |
| v. | |
| JP MORGAN CHASE & CO | |
| Defendant. | |

## AMENDED NOTICE OF MOTION

**TO:**   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on August 6, 2008, at 11:00 a.m., the undersigned shall appear before the Honorable Judge William T. Hart, or any judge sitting in his stead, in Room 2243 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Motion for Extension of Time to Answer or Otherwise Plead**, a true and correct copy of which is hereby served upon you.

By:   /s Daniel J. Fumagalli
One of the Attorneys on Behalf of Creditor
**JP MORGAN CHASE & CO**

Joshua S. Hyman (#6201342)
Daniel J. Fumagalli (#6182648)
Jacquelyn T. Vengal (#6284187)
CHUHAK & TECSON, P.C.
30 South Wacker Drive, 26^(TH) Floor
Chicago, Illinois  60606-7413
(312) 444-9300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice and document referred to above were filed electronically.  Notice of this filing will be sent to the parties on the attached Service List by operation of the Court's electronic filing system & via e-mail (where listed) located at 30 South Wacker Drive, Chicago, IL 60606, at or before 5:00 p.m. this 28^(th) day of July, 2008.  Parties may access this filing through the Court's system.

By:   /s Daniel J. Fumagalli

784622.1.02112.36298

## SERVICE LIST

Jason Ward v. JP Morgan Chase & Co

**Via first class U.S. Mail ONLY**
Jason Ward
2248 West Belmont
Chicago, IL 60618
Ph: (773) 506-4545
e-mail: jward@ktrk-tv.com