

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON WARD § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 08CV3418 |
| § | Honorable Judge William Hart |
| § | |
| § | |
| § | |
| JPMorgan Chase & Co. § | |
| § | |
| Defendant. § | |

### REQUEST FOR ENTRY OF DEFAULT

Comes now JASON WARD and hereby requests the Clerk to enter a default against the defendant, JPMorgan Chase & Co., on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

FILED

AUG 06 2008 TG
Aug 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully submitted,

_____
Jason Ward, Plaintiff, Pro Se

2248 West Belmont, Chicago, IL  60618

Tel: 773-506-4545   email: jward@ktrk-tv.com

1

## Certificate of Service

I certify that a copy of Plaintiff's Request for Entry of Default was served on Ms. Jacquelyn T. Vengal, who is the attorney of record for Defendant JPMorgan Chase & Co., Inc., and whose address is 30 South Wacker Drive, 26th Floor, Chicago, IL   60606, Telephone (312) 849-4132, by certified U.S. Mail, return receipt requested on July 28, 2008, and via email to jvengal@chuhak.com.

_____

Jason Ward, Plaintiff, Pro Se

2248 West Belmont

Chicago, IL   60618

Tel: (773) 506-4545

email: jward@ktrk-tv.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**JASON WARD**  §
  §
  **Plaintiff,**  §
  §
v.  §  Civil Action No.  08CV3418
  §  Honorable Judge William Hart
  §
**JPMorgan Chase & Co.**  §
  §
  **Defendant.**

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Jason Ward, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

   1. I am the plaintiff in this action.
   2. A complaint was filed herein on June 13, 2008 and service of process was had on the defendant on June 25, 2008, and notice of Request for Entry of Default was served on July 18, 2008.
   3. More than twenty (20) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

_____
Jason Ward, Plaintiff, Pro Se
2248 West Belmont, Chicago, IL  60618
Tel: 773-506-4545   email: jward@ktrk-tv.com

Sworn to and subscribed before me this 18th day of July, 2008.

_____
Notary Public

## Certificate of Service

I certify that a copy of Plaintiff's Affirdavit In Support for Entry of Default was served on Ms. Jacquelyn T. Vengal, who is the attorney of record for Defendant JPMorgan Chase & Co., Inc., and whose address is 30 South Wacker Drive, 26th Floor, Chicago, IL 60606, Telephone (312) 849-4132, by certified U.S. Mail, return receipt requested on July 28, 2008, and via email to jvengal@chuhak.com.

_____

Jason Ward, Plaintiff, Pro Se

2248 West Belmont

Chicago, IL 60618

Tel: (773) 506-4545

email: jward@ktrk-tv.com