

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| JASON WARD | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 08CV3418 |
| | § | Honorable Judge William Hart |
| | § | |
| | § | |
| JPMorgan Chase & Co. | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiff is Jason Ward; defendant is JPMorgan Chase & Co., Inc.

2. On June 13th, 2008, plaintiff sued defendant.

3. Defendant has been served with process and has not filed an answer or motion for summary judgment.

4. The case is not a class action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. This dismissal is with prejudice to refiling.

Respectfully submitted,

Jason Ward, Plaintiff, Pro Se

2248 West Belmont, Chicago, IL  60618

Tel: 773-506-4545   email: jward@ktrk-tv.com

## Certificate of Service

I certify that a copy of Plaintiff's Notice of Dismissal was served on Ms. Jacquelyn T. Vengal, who is the attorney of record for Defendant JPMorgan Chase & Co., Inc., and whose address is 30 South Wacker Drive, 26th Floor, Chicago, IL 60606, Telephone (312) 849-4132, on August 12, 2008 via email to jvengal@chuhak.com.

_____

Jason Ward, Plaintiff, Pro Se

2248 West Belmont

Chicago, IL 60618

Tel: (773) 506-4545

email: jward@ktrk-tv.com